IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL PAUL BLACKMON,

    Applicant,

v.                                                                              No. CV 16-0006 RB/KBM

A.J. SMITH, et al.

    Respondent(s).

ORDER TO CURE DEFICIENCY

Applicant submitted an application for writ of habeas corpus. The Court determines that the document(s) is/are deficient as described in this order. Applicant is directed to cure the following if he/she wishes to pursue his/her claims:

**I. Filing Fee.**

\_\_\_\_\_ No filing fee ($5.00 habeas corpus) has been received.

**II. Prisoner's Application to Proceed in District Court Without Prepaying Fees or Costs:**

(1)     \_\_\_\_ is not filed
(2)     _X_ is missing affidavit
(3)     _X_ is missing required financial information
(4)     \_\_\_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)     _X_ is missing an original signature by the prisoner
(6)     \_\_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(7)     \_\_\_\_ An original and a copy have not been received by the Court. Only an original has been received.
(8)     \_\_\_\_ other _____

**III. Petition or Application:**

(1)     \_\_\_\_ is missing
(2)     \_\_\_\_ is not on proper form
(3)     \_\_\_\_ is missing an original signature by the prisoner
(4)     \_\_\_\_ is missing page nos. \_\_\_\_

(5) \_\_\_\_ uses et al. instead of listing all defendants/respondents
(6) \_\_\_\_ An original and a copy have not been received by the Court.  Only an original has been received.
(7) \_\_\_\_ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) \_\_\_\_ names in caption do not match names in text
(9)  X  other:

**Failure to timely cure the designated deficiencies may result in dismissal of the application without prejudice without further notice.**

IT IS THEREFORE ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order.   Applicant must include the civil action number (CV 16-0006 RB/KBM) of this case on all papers that he files in this proceeding;

IT IS FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, the following forms: ** 2 copies of an Application to Proceed in District Court Without Prepaying Fees or Costs.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE