IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL PAUL BLACKMON,

    Petitioner,

    v.                                                                                    No. 16-CV-000006-RB-KBM

A.J. SMITH,

    Defendant.

ORDER TO ANSWER OR SHOW CAUSE

    This matter is before the Court, *sua sponte*, on the Court's Order Granting Application to Proceed *In Forma Pauperis* (IFP) and To Answer [Doc. 10], filed on February 22, 2016. In its Order, the Court granted Petitioner's application to proceed IFP, construed Petitioner's Amended Petition [Doc. 8] as a petition attacking the execution of Petitioner's federal sentence in *United States of America v. Blackmon*, 12-CR-02006-RB pursuant to 28 U.S.C. § 2241, and ordered Respondent to file an answer to the Amended Petition within twenty-three days. [Doc. 10] The docket reflects that a copy of the Court's February 22, 2016 Order and a copy of the Amended Petition were mailed to Respondent and placed in the United States of America's mailbox in the Clerk's Office.

    The time to file an answer has now expired and no answer or other responsive pleading has been filed by Respondent. Therefore, the Court will order Respondent to file its answer to the Amended Petition within fourteen days or show cause why sanctions should not be imposed, up to and including the possibility of granting the relief requested in the Amended Petition.

    IT IS THEREFORE ORDERED that Respondent shall answer the Amended Petition within fourteen days from the entry of this Order or show cause why sanctions should not be

imposed;

IT IS FURTHER ORDERED that the Clerk is directed to forward copies of this Order, the Amended Petition [Doc. 8], and the Court's Order Granting Application to Proceed *In Forma Pauperis* (IFP) and To Answer [Doc. 10] to Respondent and the United States of America;

_____
UNITED STATES CHIEF MAGISTRATE JUDGE